**Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
**Fresno, California 93720**
**Telephone (559) 432-9831**
**Facsimile (559) 432-1837**

**Attorney for Defendant**
Gong and Young, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| JOSE ESCOBEDO, | CASE NO. 1:16-cv-01087-DAD-SKO |
| Plaintiff, | SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT |
| vs. | |
| DB COFFEE FRESNO, INC, dba DUTCH BROS COFFEE; GONG AND YOUNG, INC.; | |
| Defendants. | |

WHEREAS:

1. Plaintiff JOSE ESCOBEDO filed his complaint in this action on July 28, 2016.

2. This is the second request for an extension of time for DB COFFEE FRESNO, INC, dba DUTCH BROS COFFEE and GONG AND YOUNG, INC. ("Defendants"). A previous stipulation for extension of time was granted by local rule and therefore court approval is required for a further extension of time. A joint status report is due on or about October 25, 2016.

3. Plaintiff and Defendants continue to be in settlement negotiations at this time, but time is needed to review a CASp report and conclude the terms of a settlement.

4. The parties agree and submit that settlement of this case prior to the preparation of a joint status report would save valuable court time and resources.

5. The parties have agreed to extend Defendants' time to respond to the complaint until October 24, 2016, subject to the court's approval, and believe that the case can be settled within that time.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff JOSE ESCOBEDO

through his attorneys, hereby stipulate and agree that the time for DB COFFEE FRESNO, INC, dba DUTCH BROS COFFEE and GONG AND YOUNG, INC. to answer or otherwise respond to the Complaint shall be extended up to and including October 24, 2016, pending court approval.

**IT IS SO STIPULATED.**

Dated: September 21, 2016

MOORE LAW FIRM, PC
       /s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Jose Escobedo

Dated: September 21, 2016

       /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendant,
Gong and Young, Inc.

Dated: September 21, 2016

McCORMICK BARSTOW, LLP
       /s/David L. Emerzian
David L. Emerzian, Attorney for Defendant,
DB Coffee Fresno, Inc, dba Dutch Bros Coffee

### ORDER

Based on the above stipulation (Doc. 8), it is ORDERED that Defendants DB COFFEE FRESNO, INC, dba DUTCH BROS COFFEE and GONG AND YOUNG, INC. shall have until October 24, 2016, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:   **September 23, 2016**          /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

Jose Escobedo v. DB Coffee Fresno, Inc., et al.
Second Stipulation For Extension of Time

2

Case No. 1:16-cv-01087