UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>              Plaintiff,<br><br>       v.<br><br>DB COFFEE FRESNO, INC., d/b/a DUTH BROS COFFEE; GONG AND YOUNG, INC.,<br><br>              Defendants. | No. 1:16-cv-01087-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 12) |

On October 18, 2016, plaintiff filed a notice of voluntary dismissal with prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 12.) Defendants have not filed a responsive pleading in this action. In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **October 20, 2016**

_____
UNITED STATES DISTRICT JUDGE

1